IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| INVICTUS LEGACY GROUP, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. Act. No.: 3:19-cv-313-ECM ) |
| ENVIRONMENTAL & RECYCLING SOLUTIONS, INC., et al., | )    (wo) ) ) |
| Defendants. | ) ) |
| ENVIRONMENTAL & RECYCLING SOLUTIONS, INC., *et al.*, | ) ) ) |
| Counterclaimants, | ) ) |
| v. | ) ) |
| INVICTUS LEGACY GROUP, LLC, *et al.*, | ) ) ) |
| Counterclaim Defendants. | ) ) |
| ENVIRONMENTAL & RECYCLING SOLUTIONS, INC., *et al.*, | ) ) ) |
| Third-party Plaintiffs, | ) ) |
| v. | ) ) ) |
| ALEX SELLERS, | ) ) |
| Third-party Defendant. | ) |

## ORDER

Upon consideration of the Motion to Withdraw (doc. 156), and for good cause shown, it is hereby ORDERED that the motion is GRANTED and John J. Geer, III is permitted to withdraw as counsel of record for Defendant Alabama Treatment and Energy Company.

Done this 3rd day of May, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE